The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH W. TAYLOR,<br><br>Defendant. | NO. CR14-144RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS DUE DATE AND TRIAL DATE |

This matter comes before the Court on the stipulated motion of the parties to continue the trial date and pretrial motion deadline.

Having reviewed the motion, the Court hereby finds that the ends of justice outweigh the defendant's and the public's right to a speedy trial.  This finding is based on the facts and grounds outlines in the stipulated motion.  Those facts and grounds are incorporated herein by reference.

IT IS THEREFORE ORDERED that the stipulated motion to continue (Dkt #20) is GRANTED.  Trial in this matter is continued from December 1, 2014, to February 23, 2015.  All pretrial motions, including motions in limine, shall be filed no later than January 15, 2015.

///

///

Order granting Stipulated Motion to Continue Trial Date/
*United States v. Joseph W. Taylor*, CR14-144RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the period of time from the date of this Order, to February 23, 2015, is excluded in the computation of time under the initial Speedy Trial Act as a reasonable period of delay, based on the following findings of the Court:

    a)  That the failure to grant such a continuance in this case would be likely to result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(7)(B)(i);

    b) That it is in the Defendant's best interest to be fully aware of all of the potential charges against him, to assist in the preparation of the defense of those charges;

    c) That the failure to grant such a continuance in this case would deny counsel for the Defendant the reasonable time necessary for effective investigation and preparation, taking into account the exercise of due diligence, because of the need for investigation. See 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED this 3rd day of November, 2014.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

Order granting Stipulated Motion to Continue Trial Date/
*United States v. Joseph W. Taylor*, CR14-144RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970