The Honorable Richard A. Jones

1
2
3
4
5
6
7       UNITED STATES DISTRICT COURT FOR THE
8          WESTERN DISTRICT OF WASHINGTON
                      AT SEATTLE
9

10   UNITED STATES OF AMERICA,                 NO. CR14-144RAJ

11                 Plaintiff,                  ORDER TO SEAL

12
13                 v.

14   JOSEPH W. TAYLOR,

15                 Defendant.

16          Based on the Government's Motion to Seal the above-captioned case and the
17
     reasons set forth therein, and the court finding good cause,
18
            It is hereby ORDERED that the Government's Motion to Seal (Dkt. #41) is
19
     GRANTED and the Government's Sentencing Memorandum and Exhibits filed under
20
     Dkt. #42 shall be sealed and remain sealed until further order of the Court.
21
            DATED this 8th day of May, 2015.
22
23
24
                                              The Honorable Richard A. Jones
25                                            United States District Judge
26
27
28

ORDER TO SEAL - 1
UNITED STATES v. Taylor, CR14-144RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970