The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR14-144RAJ |
|---|---|
| Plaintiff | |
| v. | ORDER |
| JOSEPH TAYLOR, | |
| Defendant. | |

Upon the motion of the United States of America to withdraw the supervised release petition dated February 2, 2021 (Dkt. 71), unopposed by Defendant Joseph Taylor and the United States Probation Office, and having reviewed the entirety of the file in this matter and for the reasons stated in the motion, IT IS HEREBY ORDERED:

The government's unopposed motion (Dkt. 95) is GRANTED.

The Petition (Dkt. 71) is withdrawn from consideration.

All conditions of supervised release previously imposed (Judgment, Dkt. 45) are reimposed and remain in full force and effect.

The disposition hearing set for June 4, 2021, at 11:00 a.m. is STRICKEN.

DATED this 26th day of May, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER/*United States v. Joseph Taylor*,
CR14-144RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970